UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KATHLEEN COLEMAN, ) | |
| ) | CASE NO. C05-3045 PAZ |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | IN A CIVIL CASE |
| MICHAEL J ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court reverses and remands this case to the Commissioner of Social Security for further proceedings consistent with the Eighth Circuit opinion.

DATED: October 19, 2007

Robert L. Phelps - Clerk

S/src
By: Deputy Clerk