IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| KATHLEEN COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-3045-PAZ |
| | ) | |
| vs. | ) | |
| | ) | ATTORNEY FEE JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    Attorney fees are hereby awarded to the plaintiff in the amount of Eight Thousand Three Hundred Sixty dollars and ninety cents ($8,360.90), costs in the amount of Nine Hundred Seven dollars and eighty-nine cents ($907.89), and filing fee reimbursement in the amount of Seven hundred five dollars and no cents ($705.00).

Dated: December 17, 2007        ROBERT L. PHELPS
                                            Clerk

                                            /s/ des
                                            (By) Deputy Clerk